UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

In re:                                                 In Bankruptcy

**TANYA M. DAVIS**                       *Case No.: 08-54632-TJT*
                                                        *Chapter 7*
                                                        *Honorable THOMAS J. TUCKER*

_____Debtor (s)_____/

**NOTICE OF UNDER $5.00 DIVIDEND**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $13.74 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| RECOVERY MANAGEMENT SYSTEMS<br>For Capital Recovery II<br>As Assignee of Washington Mutual Bank<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131 | 1 | $4.34 |
| SPRINT NEXTEL CORRESPONDENCE<br>Attn: Bankruptcy Dept.<br>PO Box 7949<br>Overland Park, KS 66207-0949 | 3 | $.28 |
| CHASE BANK USA, NA<br>PO Box 15145<br>Wilmington, DE 19850 | 4 | $.59 |
| PEOPLES TRUST CREDIT UNION<br>24333 Lahser Road<br>Southfield, MI 48033 | 6 | $.77 |
| CAPITAL RECOVERY II<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131 | 7 | $.29 |
| ECAST SETTLEMENT CORPORATION<br>c/o Bass & Associates, PC<br>3936 E. Ft. Lowell Road, Suite 200<br>Tucson, AZ 85712 | 8 | $.09 |
| LVNV FUNDING, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | 9 | $2.49 |

| | | |
|---|---|---|
| PYOD LLC AS ASSIGNEE OF CITIBANK<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | 10 | $3.59 |
| ECAST SETTLEMENT CORPORATION<br>Assignee of HSBC Bank Nevada<br>PO Box 35480<br>Newark, NJ 07193 | 11 | $.46 |
| CAPITAL RECOVERY II<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131 | 13 | $.84 |

Dated: July 12, 2010

/s/ BASIL T. SIMON (P26340)\_\_\_
Chapter 7 Trustee
422 W. Congress, Suite 400
Detroit, MI 48226
313/962-6400
bsimon@sszpc.com